```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0061--CR (RRB)
                    "USA V CELINA R. TOMPSAN"
                    DEF 1.1 TOMPSAN, CELINA R.

        Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 06/22/05
            Closed: NO
No. of Defendants: 1
    MJ Case Number:
               AKA: CYLENE THOMPSON, ZELMA KOHLER
   Location status: Released on Bond
        Trial date: 12/12/05
        Terminated: NO
Needs interpreter: NO
  Counsel of record: Kevin F. McCoy
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Crandon H. Randell
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 TOMPSAN, CELINA R.
```

| Document   | Count | Citation and Description                              | Disposition |
|------------|-------|-------------------------------------------------------|-------------|
| 1 - 1 IND  | 1     | 18:1343   WIRE FRAUD (F)                              | Pending     |
| 1 - 1 IND  | 2     | 18:1343   WIRE FRAUD (F)                              | Pending     |
| 1 - 1 IND  | 3     | 18:1343   WIRE FRAUD (F)                              | Pending     |
| 1 - 1 IND  | 4     | 18:1343   WIRE FRAUD (F)                              | Pending     |
| 1 - 1 IND  | 5     | 18:1343   WIRE FRAUD (F)                              | Pending     |
| 1 - 1 IND  | 6     | 18:1343   WIRE FRAUD (F)                              | Pending     |
| 1 - 1 IND  | 7     | 42:408(a)(7)(B) FALSE SOCIAL SECURITY NUMBER (F)      | Pending     |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0061--CR (RRB)
                                    "USA V CELINA R. TOMPSAN"
                                  DEF 1.1 TOMPSAN, CELINA R.

                    Including terminated defendants, excluding terminated counsel


     1 -    1 IND      8         42:408(a)(7)(B) FALSE SOCIAL SECURITY NUMBER (F)      Pending
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0061--CR (RRB)
                              "USA V CELINA R. TOMPSAN"

                                  For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 06/22/05
            Closed: NO
No. of Defendants: 1


 Document #   Filed      Docket text
 ──────────   ────────   ──────────────────────────────────────────────────────
 NOTE -  1    06/22/05   Issued: Summons

    1 -  1    06/22/05   [Re: DEF 1] PLF 1 Indictment.

    2 -  1    06/22/05   [Re: DEF 1] RRB Grand Jury Minutes.  Summons to be issued.  Set for
                         arraignment and notify USM office.  Bail to be determined at
                         arraignment.

    3 -  1    06/23/05   [Re: DEF 1] JDR Minute Order arraignment set for 8/1/05 at 10:00 a.m. in
                         courtroom #6, before Magistrate Judge Hall.  cc: cnsl

    4 -  1    06/28/05   USM Return of svc re: DEF 1 on summons executed on 6/27/05.

 NOTE -  2    07/19/05   Notation: Proposed trial date setting for arraignment and notice of
                         speedy trial act deadlines forwarded to chambers.

    5 -  1    08/02/05   [Re: DEF 1] TWH Court Minutes [ECR: Robin Carter] [Re: DEF 1] RRB Court
                         Minutes [ECR: Robin Carter] Re: argn on Indt held (8/1/05); FPD appted;
                         not guilty to Cts 1-8 of Indt; ptm due 8/12/05; cnsl advised of trial
                         date of 9/12/05 at 8:30 a.m.; bond set at $10,000 unsecured. cc: USA,
                         FPD, USM, USPO, Judge Beistline

    6 -  1    08/02/05   DEF 1 Appearance bond.

    7 -  1    08/02/05   DEF 1 Financial Affidavit.

    8 -  1    08/02/05   [Re: DEF 1] TWH Order regarding preparation for trial; disc conf 8/5/05;
                         ptms due 8/12/05. cc: USA, FPD

    9 -  1    08/02/05   [Re: DEF 1] Order setting conditions of release. cc: USA, FPD, USM, USPO

   10 -  1    08/02/05   DEF 1 Attorney Appearance of K. McCoy (FPD).

   11 -  1    08/05/05   [Re: DEF 1] RRB Minute Order setting trial by (court/jury) for
                         (date/time) and Final PT Conf for (date/time). cc: USA, FPD, USM, USPO,
                         MJ Roberts, JC

   12 -  1    08/08/05   [Re: DEF 1] PLF 1 Discovery conference certificate.

   13 -  1    08/12/05   DEF 1 Unopposed motion on shortened time to extend time for PTM's by 5
                         days w/att aff.

   14 -  1    08/15/05   [Re: DEF 1] JDR Order granting unopposed motion on shortened time to
                         extend time for PTM's by 5 days (13-1).  cc: USA, FPD

   15 -  1    08/18/05   DEF 1 Unopposed motion to continue trial by thirty days w/att aff.

   16 -  1    08/19/05   [Re: DEF 1] RRB Minute Order a hrg on def's unoppo mot to continue trial
                         by thirty days (dkt 15) will be held 8/30/05 at 9:30 a.m. in Courtroom
                         2.  cc: ASUA, FPD, USM, USPO, MJ ROBERTS

ACRS: R_RDSDX                  As of 10/31/05 at 4:21 PM by GARRY                        Page 1
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0061--CR (RRB)
                               "USA V CELINA R. TOMPSAN"
```

|                              |
| ---------------------------- |
| For all filing dates         |

| Document # | Filed | Docket text |
| --- | --- | --- |
| 17 - 1 | 08/23/05 | [Re: DEF 1] PLF 1 Discovery Conference Certificate. |
| 18 - 1 | 08/26/05 | [Re: DEF 1] RRB Minute Order that the hearing on the motion to reschedule trial set for 8/30/05 is reset for 9/1/05 at 10:30 a.m. in Courtroom #2.  cc: AUSA, FPD, USM, USPO |
| 19 - 1 | 09/01/05 | [Re: DEF 1] RRB Court Minutes [ECR: Linda Christensen] re Hearing on Defendant's Unopposed Motion to Continue Trial by Thirdy Days (DKT 15) (held 9/1/05); mot at dkt 15 granted; tbj set for 9/12/05 vacated and cont to week of 10/24/05 to follow trial currently set for that date; FPTC set for 10/8/05 at 9:00 am; excl delay found under 18 U.S.C. 3161(h)(8)(B)(i).<br>cc:  USA, FPD, USM, USPO, MJ Roberts, JC |
| 20 - 1 | 10/07/05 | {SEALED} |
| 21 - 1 | 10/11/05 | [Re: DEF 1] RRB Minute Order a hearing on defendant's unopposed motion to continue trial by 30 days will be held 10/13/05 at 9:30 a.m. in Courtroom #2.  Judge Beistline will appear telephonically from Fairbanks.  cc: AUSA, FPD, USM, USPO |
| 22 - 1 | 10/11/05 | DEF 1 Unopposed motion on shortened time to continue hearing re trial continuance. |
| 23 - 1 | 10/12/05 | [Re: DEF 1] RRB Minute Order granting unopposed motion on shortened time to continue hearing re trial continuance (22-1).  The motion to continue trial will be addressed at the FPTC set for 10/18/05 at 8:30 in courtroom #2.  Judge Beistline will attend telephonically.  cc: AUSA, FPD, USM, USPO, MJ ROBERTS, JURY CLERK |
| 24 - 1 | 10/18/05 | [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] re Hrg on Deft's Unopposed Mot to cont Hrg/FPTC (held 10/18/05); granting motion Unopposed motion to continue trial by 30 days (20-1); FPTC reset to 12/6/05 at 9:00 am and TBJ vacated and reset to 12/12/05 at 8:30 am; excludable delay found.  cc: USA, FPD, USM, USPO, Jury Clerk, MJ Roberts |