DEBORAH M. SMITH
Acting United States Attorney

CRANDON RANDELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
phone(907) 271-5071
fax: (907) 271-1500
email: crandon.randell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-61-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SENTENCING MEMORANDUM** |
| v. | ) | |
| | ) | |
| CELINA R. THOMPSAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Comes Now the United States of America, by and through counsel, and submits this Sentencing Memorandum.

This is a strange case. This is a strange defendant. Rarely does the government encounter a defendant who orders $347,865 worth of school merchandise for a non-existent school. PSR, ¶ 55.[1]

What renders the case somewhat more comprehensible is the fact that

---

[1] However, the Total Combined Loss is computed to be $340,745.49. PSR, ¶ 71.

defendant has a criminal history, with six criminal history points, "establishing a criminal history category of III." PSR, ¶ 89.[2]  With a total offense level of 20, the advisory sentencing range is 41 to 51 months.

### RECOMMENDATION

The government recommends a sentence at the low end of the range, 41 months, restitution in the amount of $278,189.71 (PSR, ¶ 134), no fine, and a three year period of Supervised Release (PSR, ¶ 121).

In light of Dr. Wolf's "preliminary finding of Dissociative Disorder", mental health counseling is recommended. PSR, ¶105.

RESPECTFULLY SUBMITTED this 6th day of March, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Crandon Randell
Assistant U. S. Attorney
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
fax: (907) 271-1500
email: crandon.randell@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on March 6, 2006
a copy of the foregoing was served
via electronically to: Kevin McCoy

s/ Crandon Randell

---

[2] There apparently remains an outstanding warrant for defendant out of Johnson County, Wyoming. PSR, ¶ 85a.

**U.S. V. CELINA THOMPSAN**
3:05-cr-61-RRB                          2