Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CELINA R. TOMPSAN,<br><br>        Defendant. | Case No. 3:05-cr-0061-RRB<br><br>**NOTICE OF FILING** |

   Please take notice that Celina Tompsan has filed the attached letter from her husband, Dan Campbell, for use in aid of sentencing.

   DATED at Anchorage, Alaska this 7th day of March, 2006.

            Respectfully submitted,

            /s/ Kevin F. McCoy
            Assistant Federal Defender
            Alaska Bar No. 7705042
            550 West 7th Avenue, Suite 1600
            Anchorage, AK  99501
            Ph:  (907) 646-3400
            Fax:  (907) 646-3480
            kevin_mccoy@fd.org

Certification:

I certify that on March 7, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Crandon Randell, Esq.

and a copy was hand delivered on:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


/s/ Kevin F. McCoy