February 16, 2006

If it pleases the Court,

I ask the Court to please consider this letter of appeal on behalf of my wife, Celina Rose (Tompson) Campbell.

I ask the Court to please allow me the opportunity to describe for the Court; the woman I've come to know and love for most of the past year, as it renders a decision in sentencing.

The first thing that attracted me to my wife – is her relationship with her children. Blake, Jacob, and Ashley. Her children are a living testimony to the kind of woman she is. They are respectable and well behaved. Polite and courteous – save normal inner-sibling squabbles. They are desciplined in Church and reverent in all things sacred. They worship the ground thier mother walks on; and rightly so because she has always been there for them in good times and bad.

She works tirelessly to provide for them. She is an unselfish and dedicated mother without equal, and her children know they come first in

①

her life.

Celine is a deeply spiritual woman. I've never seen her miss a Sabbath Day. She always returns to the Lord a faithful tithe. Prayer is the norm in our house and I could not have been blessed more to have her for decent role-model and mother figure for my own son Kyan. She is exactly the kind of mother I would want for my son; rather than his own mother that selfishly ripped him off for the family he craves, and Celine (true to form) unselfishly satisfies that every need.

As for the fathers of Celine's children? Throughout the past year, I know of only two contacts made by Blake and Jacob's father. One phone call, and one birthday card for Blake; apologizing for not getting him anything and promising ten dollars later. It never came. Jacob didn't even receive a card.

The only thing I've seen Ashley's father do for her was his hope expressed in a wedding day card for Celine and myself — that I would be a good dad for Ashley. That - I'm

(2)

sad to say - is it. No phone calls - No birthday cards. I hope God grants his request - and I can be a good father to Ashley as well as her brother.

Except for some child support the Courts are able to get for her, Celine through it all - has single handedly provided for her children all their lives. She will always have my never-ending respect for not only accomplishing this feat - but her children's behavior are nothing less than the greatest compliment any parent would receive - job well done!

What man in his right mind, would not want to have a dedicated and committed woman such as this at his side. What man in his right mind, would not want to have a mother such as this for his own children? How could have I not fallen in love with her?

The woman I've come to know, I believe, never set out to intensionally harm or steal from anyone. All she wanted to do was home-school her children, and help other parents do the same that could not otherwise do so. She has not received any personal gain what-so-ever in doing so. On the cont-

③

rary, she has only harmed herself by being giving and considerate to parents who don't step up to the plate of responsibility of paying her what they said they would, in something they themselves believe so strongly in. Namely homeschool.

Celine knows she did something wrong in how she went about trying to get her home school up and running. But she is confused and scared she is in so much trouble now, when she only meant to do good.

Is this truly the mind of a selfish, profiteering criminal? Does Celine truly deserve a harsh jail sentence for what she has done? Is it truly in the Public's best interest to pay for her to sit behind bars and further be a burden to Society. Does a stiff prison sentence in this case truly serve Justice?

Perhaps.

But I implore the Court to at least consider this before deciding on a final Judgment in this case.

The Court knows better than myself the kind of animals that call themselves humans, that truly deserve —

(4)

Letter from Dan Campbell
Page 4 of 8

and need to be locked up in comparison to Celina's offense. I am not going to take that tack, nor waste the Court's time with it.

I would however, wish to enlighten the Court on what will be the reality of the impact on the children's lives, as well as my ability to provide anything for them beyond food and shelter, if Celina is unable to help contribute to the family because she is in jail.

Never mind the utter loss these children are going to face when their mother is taken away from them, when she is all they know and can depend on. Especially in the face of their own father's track records of responsibility to them and their emotional, financial and Spiritual needs. They both have paternally been AWOL, and these kids know it. That's all they've known.

I am the only thing they have known that comes close to being a father to them, and they have already expressed their desire to remain with me should their mother have to go to jail. Which leaves me where? Can I, or will I, be able to receive financial support from their

(5)

natural fathers who they don't even know, or want to be with? And what will be the end of that? Will they now find some paternal back-bone and spend money to obtain custody so they don't have to pay child support to a man that is not the children's natural father? Even though I've been more to a father to the children then they themselves?

And if that's the case, and if children remain with me; I will have no other choice but to apply for public assistance in all things without Celina's help. How much more of a burden will be placed on the taxpaying Public intrests when this occurs?

Will the children be ordered into the custody of Celina's extended family? Will they be nothing more than a source of income in that environment?

The children are scared and confused as to what the future has in store for them. They have come to know and trust me because they see how much I love and respect their mother, and their mother is their foundation.

The children know what's going on, and the possible consequences;

(6)

but you would never know it thier behavior. They are always smiling, laughing and playing together. Why? Because they have been taught by their mother that it does no good to be anxious or fearful of what might be. You can do only so much - God is ultimately in control - regardless of what's going on inside. At some point - that's all any of us can do. They are like this because Celine is like this. But I wonder how long God can help them maintain that in her long term absence.

I beg and implore the Court to show mercy and compassion in Celine's case. I ask this not so much for the sake of my wife; but for the sake of the children that she has done such a wonderful job with.

It will cost the Public much more to incarcerate this woman, and thus cripple her willingness to help me maintain our family to become assets to Society - as oppose to liabilities.

I will accept any decision the Court deems appropriate, but it will have my undying gratitude and appreciation that it wisely decided

⑦

it is not in the least interest for anyone that she be imprisoned. Please don't take my wife from our family. We need her.

Sincerely and respectfully yours,

Daniel J. Campbell

(8)