Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>CELINA R. TOMPSAN,<br><br>             Defendant. | NO. 3:05-CR-0061-RRB<br><br>**MOTION ON SHORTENED TIME TO EXTEND TIME FOR FILING NOTICE OF APPEAL BY THIRTY DAYS** |

    Celina Tompsan asks this court for an order extending the time for the filing of a notice of appeal by thirty days from March 20, 2006. This court filed its judgment on March 10, 2006. The judgment did not contain a restitution order because the court elected to defer a restitution order pending a further filing by the government. Regardless, a notice of appeal by Ms. Tompsan was due on March 20, 2006. Fed.R.App.P. 4(b)(4) authorizes the district court to extend the time for a defendant's notice of appeal for a period not to exceed thirty (30) days from March 20, 2006, for good cause. If this request is granted, Ms. Tompsan's notice of appeal would be due on April 22, 2006.

This motion is submitted pursuant to Fed.R.App.P. 4(b)(4) and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 5th day of April 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on April 5, 2006,
a copy of the *Motion on Shortened Time to Extend Time for Filing Notice of Appeal by Thirty Days* was served electronically on:

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

/Kevin F. McCoy