UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:05-CR-0061-RRB |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| CELINA R. TOMPSAN, | |
| Defendant. | |

On consideration of the defendant's motion for shortened time consideration of her request to extend the time for the filing of a notice of appeal by thirty (30) days;

It is hereby ordered that the request for shortened time consideration is granted.

On consideration of the principal request, it is hereby ordered that the defendant's time for filing a notice of appeal in this matter is extended to April 22, 2006.

DONE this _____ day of April 2006, at Anchorage, Alaska.

_____
RALPH R. BEISTLINE
United States District Court Judge