Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CELINA R. TOMPSAN,<br><br>    Defendant. | NO. 3:05-CR-0061-RRB<br><br>**MOTION ON SHORTENED TIME PERMITTING COUNSEL TO WITHDRAW AND REQUEST FOR LEAVE TO APPOINT SUBSTITUTE COUNSEL FROM CJA PANEL** |

      Celina Tompsan asks this court for an order on shortened time permitting the Federal Defender for the District of Alaska to withdraw as counsel of record and further for an order permitting appointment of substitute counsel from the CJA Panel list.  This request is appropriate because Ms. Tompsan will allege on appeal and/or in post-conviction proceedings that her Sixth Amendment right to effective assistance of counsel was violated.

      This motion is submitted pursuant to the Fifth Amendment due process clause, D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 5th day of April 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on April 5, 2006,
a copy of the *Motion on Shortened Time*
*Permitting Counsel to Withdraw and*
*Request for Leave to Appoint Substitute*
*Counsel from CJA Panel* was served
electronically on:

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy