UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:05-CR-0061-RRB |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| CELINA R. TOMPSAN, | |
| Defendant. | |

On consideration of the defendant's shortened time motion for order permitting the Federal Defender for the District of Alaska to withdraw as counsel of record and the defendant's further shortened time request for appointment of substitute counsel;

It is hereby ordered that the motion is GRANTED.

The Federal Defender for the District of Alaska shall withdraw from this matter. Substitute counsel from the CJA Panel list shall be appointed forthwith.

Done this _____ day of April 2006, in Anchorage, Alaska.

---

RALPH R. BEISTLINE
United States District Court Judge