AO 243 (Rev. 2/95)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

RECEIVED
MAR 29 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| United States District Court | District | Case No. 3:05-cr-00061 RRB |
|---|---|---|
| Name of Movant: Celina Tompsan | Prisoner No. | |

Place of Confinement: Self Surrender not called yet

UNITED STATES OF AMERICA    V.    Celina Tompsan
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack __Federal Court house U.S. District Court__

2. Date of judgment of conviction __March 9 2006__

3. Length of sentence __24 months__

4. Nature of offense involved (all counts) __Fraud Counts #1 #8 Wire Fraud Social Security false__

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐    No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐    No ☒

(2)

Exhibit A - Page 1 of 6

Case 3:05-cr-00061-RRB    Document 40-2    Filed 04/05/2006    Page 2 of 6
Case 3:05-cr-0(  1-RRB    Document 36    Filed 03/(  .006    Page 2 of 6
AO 243  (Rev. 2/95)

9. If you did appeal, answer the following:

   (a) Name of court ___Federal Court house U.S. District Court___

   (b) Result __24 mos. Sentence__

   (c) Date of result __March 9 2006__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐    No ■

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

       (2) Nature of proceeding _____

       (3) Grounds raised _____

       _____

       _____

       _____

       _____

       _____

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
       Yes ☐    No ■

       (5) Result _____

       (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

       (1) Name of court _____

       (2) Name of proceeding _____

       _____

       (3) Grounds raised _____

       _____

       _____

       _____

       _____

(3)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ■

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐   No ■
(2) Second petition, etc.   Yes ☐   No ■

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

- I requested of my attorney to file an appeal March 9 2006 he said it would do no good I got a great deal, and any lawyer that would look at the case would agree

- March 14 2006 I again requested my lawyer to place an appeal he again refused to do so saying he will only appeal the restitution order but not the sentence because he felt he did a great job.

- March 16 2006 I contacted the law offices of Lance Christian Wells at 907-274-9696 for advice on what more I could do he told me I only had 10 days to request an appeal to the sentence and to ask my attorney to once again appeal, March 17 2006 I again asked my attorney to appeal and he again said "he would appeal only the restitution but nothing else."

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

<u>CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.</u>

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(ⓐ) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(ⓑ) Conviction obtained by use of coerced confession.

(4)

Exhibit A - Page 3 of 6

Case 3:05-cr-00061-RRB   Document 40-2   Filed 04/05/2006   Page 4 of 6
Case 3:05-cr-0061-RRB   Document 36   Filed 03/__/2006   Page 4 of 6
AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: (B) Counsel and Investigator coerced confession of guilty plea

Supporting FACTS (state *briefly* without citing cases or law): Counsel and investigator sat for hour ½ hounding me to plead guilty by saying if you opt for a Jury trial they will just find you guilty and sentence you to 20 years or more you are better off just pleading guilty to 2 counts even if you don't agree, this is much better for you.

B. Ground two: (A) Counsel did not give time for me to hear their advice and allow me to think about it they insisted I plea

Supporting FACTS (state *briefly* without citing cases or law): both counsel and investigator that I give them an answer that day I kept saying no I don't agree but they both insisted continuously to say if you don't just plea then you may have 20 or 30 years that is a long time just Plead guilty to two counts no matter what I said they kept at it until I broke down

C. Ground three: (I) counsel refused to obtain police records from wyoming which would have had an major affect on judgement of case

Supporting FACTS (state *briefly* without citing cases or law): Police records from evensville wyoming, Casper wyoming explaining record obtained there Buffalo wyoming letter from Judge to enter military, letter to Judge for said request Files from probation officers and military recruitment office

(5)

Exhibit A - Page 4 of 6

D. Ground four: (J) Denial of appeal

Supporting FACTS (state *briefly* without citing cases or law): I requested of my counsel to appeal my case within the 10 day frame but he refused saying that he will only appeal the restitution order when it comes in, but he said I got a great deal and no other attorney will or could have done better so it will do no good to appeal the sentencing

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: I tried to present them when no one would listen I went to seek counsel from Lance Christian Wells Attornies at Law at 907-274-9696 to see what I could do or what help I could get

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐   No ■

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing  Kevin McCoy
        Public Defenders offices at attwood Building Floor #16

    (b) At arraignment and plea  Kevin McCoy
        Public Defenders offices  Attwood Building Floor #16

    (c) At trial  Kevin McCoy
        Public Defenders offices  Attwood Building Floor #16

    (d) At sentencing  Kevin McCoy
        Public Defenders offices  Attwood Building Floor #16

(6)

(e) On appeal _____ NONE _____

(f) In any post-conviction proceeding _____ NONE _____

(g) On appeal from any adverse ruling in a post-conviction proceeding
_____ NONE _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ■    No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐    No ■

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ■    No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

3·29·06
Date

_Culvin Timpson_
Signature of Movant

(7)