UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CELINA R. TOMPSAN,<br><br>Defendant. | NO. 3:05-CR-0061-RRB<br><br>~~PROPOS~~ED ORDER |

On consideration of the defendant's motion for shortened time consideration of her request to extend the time for the filing of a notice of appeal by thirty (30) days;

It is hereby ordered that the request for shortened time consideration is granted.

On consideration of the principal request, it is hereby ordered that the defendant's time for filing a notice of appeal in this matter is extended to April 22, 2006.

DONE this 7 day of April 2006, at Anchorage, Alaska.

RALPH R. BEISTLINE
United States District Court Judge