Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CELINA R. TOMPSAN,<br><br>                Defendant. | Case No. 3:05-CR-0061-RRB<br><br>**NOTICE OF APPEAL** |

       Celina Tompsan gives notice that she intends to appeal to the United States Court of Appeals for the Ninth Circuit from the judgment of conviction in this matter filed at Docket No. 33.

       DATED at Anchorage, Alaska this 7th day of April, 2006.

                              Respectfully submitted,

                              s/Kevin F. McCoy
                              Assistant Federal Defender
                              Alaska Bar No. 7705042
                              550 West 7th Avenue, Suite 1600
                              Anchorage, AK 99501
                              Phone:       907-646-3400
                              Fax:         907-646-3480
                              E-Mail:      kevin_mccoy@fd.org

Certification:

I certify that on April 7, 2006,
a copy of the *Notice of Appeal*
was served electronically on:

Crandon Randell, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Kevin F. McCoy