UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
APR 14 2006
FILED _____
DOCKETED _____
DATE     INITIAL

6-30234 RECEIVED

MAY 0 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: USA v. Celina R. Tompsan
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R. Beistline, 3:05-cr-00061-RRB
Date Complaint/Indictment/Petition Filed: 6/22/05
Date Appealed Order/Judgment entered: 3/10/06
Date NOA filed: 4/7/06
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)     __pending

Court Reporter(s) Name and Phone Number: Elisa Singleton, 907-677-6105, Caroline Edminston 907-677-6103, Linda Christensen 907-677-6104, Robin Carter 907-677-6127

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: __        Date Docket Fee billed: __
Date FP granted: __             Date FP denied: __
Is FP pending? __yes/no         Was FP Limited/Revoked?
US Government Appeal?   no yes/no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                      Appellee Counsel:
Meredith Appel Ahearn                   Crandon Randell
Hagans Ahearn & Webb                    U. S. Attorneys Office
310 K. Street, Suite 400                222 W. 7th Avenue, #9
Anchorage, Ak. 99501                    Anchorage, Ak. 99513
E:mail: haw@alaska.net                  Email: crandon.randell@usdoj.gov

__retained   X CJA   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: 15140-006          Address: __
Custody: __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form: Patty Demeter
                                                       907-677-6144