Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant Celina Tompsan

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>CELINA TOMPSAN        .  )<br>  )<br>   Defendant,  )<br>_____) | Case No. 3:05-cr-00061 (RBB) |

### DEFENDANT'S MOTION FOR ORDER PLACING HER IN A RESIDENTIAL DRUG TREATMENT PROGRAM AT DANBURY FCI

COMES NOW the Defendant, Celina Tompsan, by and through counsel of record, Hagans, Ahearn & Webb, and moves this Court for an order allowing her to be placed in the residential drug treatment program at Danbury FCI, which is offered in September of 2006.  Defendant is currently incarcerated at Danbury, and has made this request because of her abuse of and dependence upon prescriptions drugs, primarily Valium and Percocet.

Defendant does not and has not used what she perceives as street drugs, *i.e.*, marijuana, cocaine or heroin, but has, in the recent past and for some time, obtained prescription drugs and taken them as she wished, and not according to the prescribed directions. When she arrived at Danbury, she had bottle of percocet tablets.

Accordingly, Defendant requests that she be ordered to attend the drug treatment program at Danbury, CT.

Dated at Anchorage, Alaska this 8th day of August 2006.

> HAGANS, AHEARN & WEBB
> Attorneys for Defendant
>
> By:_____/S/_____
> Meredith A. Ahearn
> Alaska Bar No. 6903001

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served
By hand delivery this 8th day of August 2006,
on:

Crandon Randell
Assistant U.S. Attorney
222 West Seventh #9 Rm.253
Anchorage, AK 99501
_____/S/_____
Meredith A. Ahearn

*6482*