**RECEIVED**
AUG 17 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
AUG 11 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-30234 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00061-a-RRB |
| v. | District of Alaska, Anchorage |
| CELINA R. TOMPSAN, | |
| Defendant - Appellant. | ORDER |

Appellant's motion for voluntary dismissal of this appeal is denied without prejudice to its renewal within 21 days accompanied by appellant's written consent to the motion or counsel's explanation why appellant's consent was not obtained. *See* 9th Cir. R. 27-9.1.

In the absence of the filing of a renewed motion, appellant's opening brief and excerpts of record are due September 5, 2006; appellee's brief is due October 5, 2006; the optional reply brief is due within 14 days after service of appellee's brief.

For the Court

*/s/ Nanette Won*

Nanette Won
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\08.06\nw\06-30234.wpd