UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA   v.   CELINA TOMPSAN 

DATE:   August 29, 2006        CASE NO.    3:05-CR-0061-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE DRUG TREATMENT PROGRAM**

---

At Docket 51, Defendant filed a Motion for Order Placing Her in a Residential Drug Treatment Program at Danbury FCI.  This matter is now before the Court of Appeals with a final Judgment having been long since entered.  While this Court certainly has no objections to the treatment Defendant seeks, such placement decisions are left to the sound discretion of the Bureau of Prisons.

M.O. RE DRUG TREATMENT PROGRAM