**FILED**
MAR 26 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>CELINA R. TOMPSAN,<br><br>Defendant - Appellant. | No. 06-30234<br><br>D.C. No. CR-05-00061-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
MAR 29 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Appellant's renewed motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. See Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

*[signature]*

Nanette Won
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\03.07\nw\06-30234v.wpd

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

MAR 26 2007

by: *[signature]*
Deputy Clerk