UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


USA  v.  CELINA R. TOMPSAN

DATE:  May 1, 2008    CASE NO.   3:05-CR-0061-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
RE RESTITUTION**

---

Based upon the attached Memo from Probation and restitution matrix from the Government showing an adjusted loss of $55,817.55, and unless objection hereto is filed on or before **May 16, 2008**, the Court will amend the judgment in this matter, setting restitution at $55,817.55, to be paid to the victims set forth in the restitution matrix in equal monthly installments of 10% of Defendant's gross monthly income or $25, whichever amount is greater.

M.O. RE RESTITUTION