UNITED STATES PROBATION AND PRETRIAL SERVICES OFFICE - DISTRICT OF ALASKA

# MEMORANDUM

DATE: April 30, 2008

REPLY TO
ATTN OF:
Eric D. Odegard
Supervising U.S. Probation/Pretrial Services Officer

SUBJECT: **Celina R. Tompsan**
**3:05-cr-00061 RRB**
**Request for Imposition of Restitution**

TO: Honorable Ralph R. Beistline
U.S. District Court Judge

CC: Crandon Randell, AUSA
Kevin McCoy, AFPD

On March 9, 2006, the Court sentenced Celina R. Tompsan to 24 months imprisonment and 36 months supervised release following her conviction for Wire Fraud and False Social Security Number. The case involved numerous school supply companies, who were victims of the Fraud and for whom the Court was prepared to order restitution but for the uncertainty of the amount to be ordered. At sentencing, the Court stated, "I'm not going to give any figures at this time, but I'm going to order restitution as requested by the government, but supplemented by further information." The Court was referring to giving the offender an "offset" for items which could be returned to the supplier.

On April 29, 2008, the probation officer received the attached matrix from the government setting the restitution amount at $55,817.55, which includes the aforementioned offsets. It is the request of the probation office that the Court amend the judgment to order the offender to pay restitution in the amount of $55,817.55 to the victims listed in the matrix and in the amounts under the column entitled "adjusted loss." It is also requested that the Court order the defendant to pay restitution in equal monthly installments of 10% of her gross monthly income or $25, whichever amount is greater.