| Date of Order | Company | Company Address | Company Phone # | POC | Description | Actual Loss | Attempted Loss | Shipping Type | Adjusted Loss |
|---|---|---|---|---|---|---|---|---|---|
| 4/1/04 | ABC Teachers Outlet | PMB 269, 16705 S. Robert Street, W. St. Paul, MN 55118 | (866) 552-9590 | Judy Rhein | | $ 1,647.67 | | | $ 200.00 |
| 8/26/04 | Alaska Newspapers Inc | 301 Calista Ct Ste B, Anchorage, AK 99518 | (907) 348-2412 | Ingrid Holloway | Newspaper Ads | $ 1,087.68 | | | $ 1,087.68 |
| 9/4/04 | Allied Interstate | Box 361315, Columbus, OH 43236 | (614) 865-2800 | Lora Kimball | UPS Bill | $ 83.25 | | | $ 83.25 |
| 3/29/04 | Alpha Omega Publications | 300 North Mckemy Ave Chandler, AZ 85226 | (480) 735-7907 | Melanie Zanger | Bible Studies | $ 439.12 | | Bestway | $ 100.00 |
| 8/13/04 | Anchorage Daily News | Anchorage, AK | (907) 257-4223 | Jim Donahue | Newspaper Ads | $ 1,215.01 | | | $ 1,215.01 |
| 5/2/04 | Beautiful Feet Books | 139 Main Street, Sandwich, MA 02563 | (508) 420-0466 | Russell Berg | History books | $ 1,717.75 | | FedEx | $ 200.00 |
| 2/23/05 | Bio Corporation | 3911 Nevada Street, Alexandria, MN 56308 | (320) 763-9094 | Becky Hedstrom | Disection animals, laminating Supplies | $ 6,043.47 | | UPS | $ 1,000.00 |
| 7/12/04 | Brandine Crafts | 725 SW 16th Ave, Bay 1, Delray Beach, FL 33444 | (561) 266-9360 | Joe Gennaci | Craft projects | | $ 185.43 | | $ 185.43 |
| 9/12/04 | Dell Computers | 1 Dell Way Round Rock, TX 78682 | (512) 723-4534 | Jeff Foster | Dell computers | | $ 13,449.30 | | $ - |
| 11/22/04 | DEMCO, Inc. | 4810 Forest Run Road, Madison, WI 53707 | (877) 896-7239 | Amy Schmale | Sofa, chairs, furniture | | $ 4,154.41 | | $ - |
| 11/22/04 | DEMCO, Inc. | 4810 Forest Run Road, Madison, WI 53707 | (877) 896-7239 | Amy Schmale | Sofa, chairs, furniture | $ 1,306.45 | | | $ 130.00 |
| 8/20/04 | Dougherty Distributing | 4321 Dover Crossing, Marietta, GA 30066 | | | | $ 377.93 | | | $ 50.00 |
| 9/24/04 | Educational Innovations Inc | 362 Main Ave, Norwalk, CT 06851 | (203) 229-0730 | Kenneth Byrne | Science items, Powerhouse, Fuel cells, engine, readview microscope | $ 4,085.31 | | UPS | $ 400.00 |
| 11/17/04 | Educational Innovations Inc | 362 Main Ave, Norwalk, CT 06851 | (203) 229-0730 | Kenneth Byrne | Science items | | $ 4,234.90 | | $ - |

11/9/2007

| Date of Order | Company | Company Address | Company Phone # | POC | Description | Actual Loss | Attempted Loss | Shipping Type | Adjusted Loss |
|---|---|---|---|---|---|---|---|---|---|
| 1/24/05 | Evan-Moor | 18 Lower Ragsdale Drive, Monterey, CA 93940 | (800) 777-4489 | Christine Bell | Math, reading, and thinking items | $ 6,379.70 | | UPS | $ 1,000.00 |
| 12/7/04 | Gridworks | 22301 Southwestern Ave #102, Torrence, CA 99501 | (310) 787-8864 | Delores Tell | Califone items | $ 3,024.94 | | UPS | $ 300.00 |
| 12/17/04 | Gridworks | 22301 Southwestern Ave #102, Torrence, CA 99501 | (310) 787-8864 | Greg Dunn | Camcorder, computer equipment, recording equipment | | $ 7,577.94 | | $ - |
| 3/24/04 | Highlights for Children | 1800 Watermark Drive P.O. Box 269 Columbus, OH 43216-0269 | (614) 487-2606 | Garry Brown | Interactive learning toys, games and books. | $ 2,993.75 | | | $ 300.00 |
| 9/14/04 | Innovative Security Products, Inc. | 3904 W. 102 St., Overland Park, KS 66207 | (913) 385-2002 | Mike Cameron | Brass combo locks | $ 56.05 | | UPS | $ 30.00 |
| 3/22/04 | Insect Lore | PO Box 1535 Shafter, CA 93263 | (661) 746-6047 | Linda Winter, Collections Mgr | Bugs | $ 3,147.38 | | US Mail | $ 1,500.00 |
| 12/8/04 | KAJDEJ | 3226 Upland Drive, Anchorage, AK 99504 | (907) 337-7795 | Mark Hill | Door Distribution | $ 3,000.00 | | | $ 3,000.00 |
| 12/13/04 | Kinkos | Northern Lights | (907) 276-4228 | Steve Lewis | Copies | $ 990.00 | | | $ 990.00 |
| 4/24/04 | Master Communications, Inc., dba Culture for Kids | 4480 Lake Forest Dr. #302 Cincinnati, OH 45242 | (513) 563-3100 | Frederick Chen | Cultural and language books and supplies | $ 13,749.89 | | US Mail | $ 13,749.89 |
| 5/12/04 | McGraw Hill | 1221 Avenue of the Americas New York, NY 10020 | (212) 512-3185 | Joseph Ierardi | Textbooks, workbooks, videos, DVDs, Testing materials, SRA materials | $ 69,952.48 | | FedEx | $ 5,000.00 |
| 3/23/04 | Mindware | 2100 County Road C West, Roseville, MN 55113 | (651) 582-0555 | Stephanie Jones | Toys and Games | $ 1,501.60 | | | $ 150.00 |
| 12/26/04 | National Geographic Society | P.O. Box 10579, Des Moines, IA 50340 | (800) 990-8211 | Lisa Olsen | Books and videos | $ 21,818.44 | | | $ 5,000.00 |
| 12/16/04 | National Pen Corporation | Box 509051, San Diego, CA 92150 | (800) 480-9755 | Toi Jackson | Pens | $ 114.25 | | | $ 114.25 |
| 9/14/04 | NEBS | 500 Main Street, Groton, MA 01471 | (800) 722-7090 | Karen Boivin | Swinging message board | $ 316.70 | | UPS | $ 316.70 |

11/9/2007

| Date of Order | Company | Company Address | Company Phone # | POC | Description | Actual Loss | Attempted Loss | Shipping Type | Adjusted Loss |
|---|---|---|---|---|---|---|---|---|---|
| 9/7/04 | Neotek | 6540 Northunberland Street, Pittsburgh, PA 15217 | (412) 521-1111 | John Urbanic | 3D learning systems | $ 3,256.63 | | FedEx | $ 3,256.63 |
| 8/3/04 | Pearson Education | 200 Old Tappan Road, Old Tappen, NJ 07675 | (201) 236-3424 | Linda Posluszny | Textbooks, Videos | $ 19,329.51 | | UPS | $ 2,000.00 |
| 5/7/04 | Rainbow Resource Center, Inc. | Rt. 1 Box 159A-50N 500 East Rd. Toulon, IL 61483 | (309) 695-3105 | Zack Smith | Cultural and language books and supplies | $ 8,928.21 | $ 73.95 | US Mail | $ 2,000.00 |
| 10/20/04 | RapidForms | 301 Grove Road, Thorofare, NJ 08086 | (800) 257-8354 | Mary Olson | Forms | $ 2,238.47 | | | $ 2,238.47 |
| 3/26/04 | Rosetta Stone aka Fairchild Language Tech | 135 W. Market St, Harrisonburg, VA 22801 | (540) 432-6166 x3324 | John Birch | Language materials | $ 3,394.46 | | | $ 500.00 |
| 8/20/04 | School Outfitters.com | P.O. Box 141231, Cincinnati, OH 45250 | (513) 619-5325 | Colleen Marksbery | Furniture, projector, Califone, Activity Rugs, Shelves | $ 27,024.98 | | American Fast Freight, UPS | $ 2,700.00 |
| 8/17/04 | ScienceKit Boreal Laboratories | 777 East Park Drive, Box 5003, Tonawanda, NY, 14151 | (800) 828-7777 | Kathy Beutel x251 David Manseur x210 Lisa Dietz | Science supplies / live animals | $ 49,586.91 | | | $ 4,000.00 |
| 5/4/04 | Sycamore Tree | 2179 Meyer Place, Costa Mesa, CA 92627 | (714) 668-1343 | Sandy Gogel | Math book and videos | $ 387.32 | | UPS | $ 64.00 |
| 9/1/04 | Teaching & Learning Co. | 1204 Buchanan St, P.O. Box 10, Carthage, IL 62321 | (217) 357-6789 | Tammy Potter | Pencils | $ 1,368.07 | | | $ 300.00 |
| 12/17/04 | through Gridworks | 22301 Southwestern Ave #102, Torrence, CA 99501 | (310) 787-8864 | Greg Dunn | Dell computers | | $ 40,000.00 | | $ - |
| 6/21/04 | Twin Sisters Productions | 2680 W. Market St Akron, OHIO 44333 | (800) 248-8946 | Amanda Brooks | Language, religion, music, and various educational CDs | $ 456.24 | | | $ 456.24 |
| 4/30/04 | Veritas Press | 1829 William Penn Way, Lancaster, PA 17601 | (800) 922-5082 | Ginni Walls | | $ 1,467.69 | | | $ 700.00 |
| 9/21/04 | Walch Publishing | 40 Walch Drive, Portland, ME, 04104 | (207) 772-2846 | Rob Russell | Engish, literature, grammer, reading books | $ 15,162.50 | | UPS | $ 1,500.00 |

11/9/2007

| Date of Order | Company | Company Address | Company Phone # | POC | Description | Actual Loss | Attempted Loss | Shipping Type | Adjusted Loss |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $ 277,649.81 | $ 69,675.93 | | $ 55,817.55 |
| | | | | | | | | | |
| | | | | | | Actual Loss + Attempted Loss | $ 347,325.74 | | |

11/9/2007